IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| COMMUNITY WORSHIP CENTER OF PERRYTON, | § § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-cv-00027-Z |
| v. | § § | |
| ARCH INSURANCE COMPANY, | § § | |
| *Defendant.* | § § | |

## NOTICE OF SETTLEMENT

Defendant Arch Insurance Company notifies the court that the parties have reached an agreement to resolve this lawsuit. The parties are completing dismissal papers and anticipate filing a stipulation of dismissal within 30 days.

Respectfully submitted,

**Gordon Rees Scully Mansukhani LLP**

By: *Chris Raney*
_____

**Chris Raney**
State Bar No. 24051228
craney@grsm.com
**Nicholas A. Ocampo**
State Bar No. 24126423
nocampo@grsm.com
1900 West Loop South, Suite 1000
Houston, Texas 77027
(713) 961-3366 (Phone)
(713) 961-3938 (Fax)

*Attorneys for Defendant Arch Insurance Company*

## CERTIFICATE OF SERVICE

    This document was served on all parties by electronic service on **March 14, 2025.**

*Chris Raney*
_____
**Chris Raney**