IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| COMMUNITY WORSHIP CENTER OF PERRYTON, | § § § | |
| *Plaintiff,* | § § | CASE NO. 2:24-cv-00027-Z |
| v. | § § | |
| ARCH INSURANCE COMPANY, | § § § | |
| *Defendant.* | § | |

**<u>AGREED STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff Community Worship Center of Perryton and Defendant Arch Insurance Company file this Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. The parties resolved the claims by and between them in this cause.

2. As a result, the parties stipulate and agree that Plaintiff Community Worship Center of Perryton voluntarily dismisses this cause against Arch with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with each party bearing its own attorney's fees and costs.

Respectfully submitted,

**DALY & BLACK, P.C.**

By: */s/ Maria R. Gerguis *by permission*
  Richard D. Daly
  Southern District Bar No. 20706
  State Bar No. 00796429
  rdaly@dalyblack.com
  Maria R Gerguis
  State Bar No. 24090355
  mgerguis@dalyblack.com
  2211 Norfolk Street, Suite 800
  Houston, Texas 77098
  Tel: (713) 655-1405
  Fax: (713) 544-1587

*Attorneys for Plaintiff Community Worship Center of Perryton*

**Gordon Rees Scully Mansukhani LLP**

By: _____
  **Chris Raney**
  State Bar No. 24051228
  craney@grsm.com
  **Nicholas A. Ocampo**
  State Bar No. 24126423
  nocampo@grsm.com
  1900 West Loop South, Suite 1000
  Houston, Texas 77027
  (713) 961-3366 (Phone)
  (713) 961-3938 (Fax)

*Attorneys for Defendant Arch Insurance Company*

2

**CERTIFICATE OF SERVICE**

This document was served on all parties by ECF on **April 8, 2025**.

*Chris Raney*
_____
**Chris Raney**